CHARLES O. GATES, Appellant, *v.* WILLIAM M. DUDGEON, as Executor of and Trustee under the Will of RICHARD DUDGEON, Deceased, Respondent.

(Submitted March 23, 1903; decided March 31, 1903.)

Motion for reargument denied, with ten dollars costs. (See 173 N. Y. 426.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES REGAN, Appellant, *v.* BERNARD J. YORK et al., as Police Commissioners of the City of New York, Respondents.

*People ex rel. Regan* v. *York,* 78 App. Div. 432, affirmed.
(Argued March 18, 1903; decided April 7, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1903, which affirmed the proceedings of the defendants in dismissing the relator from the position of patrolman in the police department of the city of New York.

*Louis J. Grant* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ. Not voting: BARTLETT, J.